NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1604

STATE OF LOUISIANA

VERSUS

ROBERT GLENN HASTON

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 99-1367
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED; MOTION TO WITHDRAW GRANTED.

Hon. J. Phillip Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
Counsel for: Plaintiff/Appellee
    State of Louisiana

G. Paul Marx
Attorney at Law
P. O. Box 82389
Lafayette, LA 70598-2389
(337) 237-2537
Counsel for: Defendant/Appellant
    Robert Glenn Haston

**Robert Glenn Haston**
**Iberia Parish Jail**
**3618 Broken Arrow Road**
**New Iberia, LA 70560**
**Defendant, In Proper Person**